IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Washington, Sally

Printed: 10/29/08

Case Number: 07 B 22768
Judge: Goldgar, A. Benjamin
Filed: 12/4/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: September 16, 2008
Confirmed: April 15, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,675.84 |  |
| Secured: |  | 5,325.06 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 350.78 |
| Other Funds: |  | 0.00 |
| Totals: | 5,675.84 | 5,675.84 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Washington Mutual | Secured | 0.00 | 0.00 |
| 2. | Capital One Auto Finance | Secured | 37,267.90 | 3,121.84 |
| 3. | Washington Mutual | Secured | 9,760.96 | 2,203.22 |
| 4. | Capital One Auto Finance | Unsecured | 0.00 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 54.12 | 0.00 |
| 6. | Sir Finance Corporation | Unsecured | 89.60 | 0.00 |
| 7. | American General Finance | Unsecured | 548.44 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 70.20 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 37.82 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 91.25 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 260.18 | 0.00 |
| 12. | Capital One | Unsecured | 176.11 | 0.00 |
| 13. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 14. | GEMB | Unsecured |  | No Claim Filed |
| 15. | Oak Park Physicians Group | Unsecured |  | No Claim Filed |
| 16. | Neal Feld | Unsecured |  | No Claim Filed |
| 17. | Troy & Associates | Unsecured |  | No Claim Filed |
| 18. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
|  |  |  | $ 48,356.58 | $ 5,325.06 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 89.10 |
| 6.5% | 261.68 |
|  | $ 350.78 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Washington, Sally

Printed: 10/29/08

Case Number:  07 B 22768
Judge:  Goldgar, A. Benjamin
Filed:  12/4/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

